UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:20-cv-02105-ODW (AFMx) | Date | July 10, 2020 |
|---|---|---|---|
| Title | *Blake Webber v. Juggernaut Nutrition, LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                  **In Chambers**

     Pursuant to the Parties' Notice of Voluntary Dismissal of Plaintiff's Individual Claims Pursuant to FRCP 41(a)(1)(A)(i) (ECF No. 16), **IT IS HEREBY ORDERED** that:

     Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to his individual claims and **WITHOUT PREJUDICE** as to the claims of the putative class. All dates and deadlines in this action have been **VACATED** and taken off calendar. The Clerk of the Court shall close this case.

     **IT IS SO ORDERED.**

                                                                                                  :    00

Initials of Preparer    SE